THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Benjamin Jack Farman,       
Appellant.
 
 
 

Appeal From Orangeburg County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-286
Submitted February 20, 2003  Filed April 29, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia;  and Solicitor Walter M. Bailey, Jr., of Summerville; for Respondent.
 
 
 

PER CURIAM: Benjamin Jack Farman was indicted 
 for first-degree criminal sexual conduct with a minor.  He waived presentment 
 to a Grand Jury on four counts of third-degree sexual conduct with a minor.  
 He pled guilty and was sentenced to thirty years imprisonment.  Farman appeals, 
 arguing that his guilty plea failed to comply with the mandates set forth in 
 Boykin v. Alabama, 395 U.S. 238 (1969).  Counsel for Farman has filed 
 a final brief and submitted a petition to be relieved as counsel.
After review of the record pursuant to 
 Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] the appeal and grant counsels 
 motion to be relieved.
 APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1] Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rule 215, SCACR.